| | |
|---|---|
| UNITED STATES OF AMERICA,      ) <br>             Plaintiff,                              ) <br>                                        ) <br>       v.                                                  ) <br>                                        ) <br> RICARDO BARRAZA,                     ) <br>             Defendant.                           ) <br> _____ ) | Case No. 2:02-cr-0076 LKK |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
     (X) Ad Prosequendum                   ( ) Ad Testificandum

Name of Detainee:         **RICARDO BARRAZA, CDC No. G61326**
Detained at (custodian):    Deuel Vocational Institution ("DVI") Litigation Coordinator
                                        P.O. Box 400
                                        Tracy, California 95378-0400

Detainee is:     a.)     (X) charged in this district by:   ( ) Indictment ( ) Information
                                                                                     (X) Petition for Supervised Release Violations

Detainee will:    a.)     (_) return to the custody of detaining facility upon termination of proceedings
      or     b.)     (X) be retained in federal custody until final disposition of federal charges.

*Appearance forthwith is necessary in the Eastern District of California for initial appearance on Petition alleging Supervised Release Violations.*

                                Signature:                        /s/ William S. Wong
                                Printed Name & Phone No:    William S. Wong 916-554-2790
                                Attorney of Record for:      United States of America

## WRIT OF HABEAS CORPUS
     (X) Ad Prosequendum                   (_) Ad Testificandum

     The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date:    January 13, 2010

                                                                                    _____
                                                                                    LAWRENCE K. KARLTON
                                                                                    United States District Judge

_____

Please provide the following, if known:
Booking or CDC #:        RICARDO BARRAZA, CDC No. G61326          X Male    Female
Facility Address:          Deuel Vocational Institution ("DVI") Litigation Coordinator
                             P.O. Box 400
                             Tracy, California 95378-0400
Facility Phone:            209-835-4141 ext. 6228
Currently Incarcerated For:    State parole violation

_____
**RETURN OF SERVICE**

Executed on    _____    By:    _____
                                                                                                        (Signature)