```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RICARDO BARRAZA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S 02-0076 LKK |
| Plaintiff, ) | **AMENDED** STIPULATION TO WITHDRAW WRIT OF HABEAS CORPUS AND REQUEST THE DEFENDANT'S RETURN TO STATE CUSTODY; ORDER |
| v. ) | |
| RICARDO BARRAZA, ) | |
| Defendant. ) | Judge: Hon. Lawrence K. Karlton |
| _____ ) | |

On January 13, 2010 an Application For Writ of Habeas Corpus Ad Prosequendum was granted by this Court. Mr. Barraza was transported to federal court from the Deuel Vocational Institution (DVI) where he is currently serving a state sentence.

As stated by both counsel at the last Court appearance on March 16, 2010, it is our joint request that the Writ be withdrawn and that

///

///

the defendant be returned to state custody.

Dated:   April 5, 2010

                                            Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Linda Harter for
_____
WILLIAM WONG
Assistant U.S. Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender


/s/ Linda C. Harter
_____
LINDA C. HARTER
Chief Asst. Federal Defender
Attorney for Ricardo Barraza

### ORDER WITHDRAWING WRIT OF HABEAS CORPUS AND RELEASING THE DEFENDANT TO STATE CUSTODY

The writ of habeas corpus ad prosequendum is hereby WITHDRAWN. The defendant is ordered returned to the custodian at Deuel Vocational Institution (DVI).

The Clerk of the Court shall serve this order forthwith on the U.S. Marshal Service and on the warden or other designate of the Yolo County Jail, where the defendant is presently housed.

**IT IS SO ORDERED.**

Dated: April 6, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order Returning the Defendant to State Custody   -2-